| **Subject Design** |
|---|
| Design 600695F<br><br>Registration Number VAu 1-508-635 (Group Registration for a Group of Unpublished Works, effective August 1, 2023, covering, inter alia, Design 600695F)<br><br> |