# EXHIBIT B

# FILED UNDER SEAL