# SCHEDULE A

# FILED UNDER SEAL